**City of Chicago, appellee, v. J. L. Olken, appellant. Gen. No. 27,055.**

Prosecution for breach of the peace. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Peden, Graydon, Kahn & Murphy, for appellant; Gerald Ryan, of

counsel. Samuel A. Ettelson and Louis P. Piquett, for appellee; Daniel Webster, of counsel.

Mr. Justice Taylor delivered the opinion of the court.